

**SO ORDERED.**
**SIGNED this 10th day of March, 2016**

_/s/ Suzanne H. Bauknight_
**Suzanne H. Bauknight**
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **Timothy Duncan Sykes** ) | **Case No. 3:15-bk-33350-SHB** |
| ) | **Chapter 11** |
| ) | |
| **Debtor.** ) | |

### ORDER CONVERTING CHAPTER 11 CASE TO CHAPTER 7

The United States Trustee having filed a motion on February 11, 2016, requesting conversion of this chapter 11 case to chapter 7 pursuant to 11 U.S.C. § 1112(b), and after notice and a hearing held on March 10, 2016, the court directs the following:

1. The motion to convert is granted and the case is converted to chapter 7.

2. The debtor must forthwith turnover to the chapter 7 trustee all records and property of the estate under his custody and control as required by Fed. R. Bankr. P. 1019(5).

3. Within 15 days of the date of this order, the debtor must file:

(a) a schedule of unpaid debts incurred after the filing of the petition, including the name and address of each claim holder;

(b) a schedule of executory contracts and unexpired leases entered into or assumed after the filing of the petition;

(c) if unpaid debts were incurred or executory contracts or unexpired leases entered into post-petition, a supplemental master address list of creditors in the form required by Local Rule 1009-1; and

(d) such other amendments to the schedules, statements, and lists as are necessary to reflect any material additions, deletions, or other changes in the debtor's assets or liabilities that have occurred since the filing of the petition.

4. Within 30 days of the date of this order, the debtor must file:

(a) a final report and account regarding the chapter 11; and

(b) if required by 11 U.S.C. § 521(2)(A), a statement of intentions conforming to Official Form 8A with respect to the retention or surrender of property of the estate securing consumer debts.

# # #

APPROVED FOR ENTRY:

SAMUEL K. CROCKER
UNITED STATES TRUSTEE, REGION 8

*/s/ Tiffany DiIorio*
Tiffany DiIorio
Trial Attorney, Fla. Bar No. 0719706
U.S. Department of Justice
Office of the U.S. Trustee
800 Market Street, Suite 114
Knoxville, TN  37902
Telephone:    (865) 545-4754
Facsimile:    (865) 545-4325
Email:        tiffany.diiorio@usdoj.gov