*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**TIMOTHY DUNCAN SYKES,**   Case No. 3:15-BK-33350 SHB
                              Chapter 7
Debtor.

### AFFIDAVIT OF PROFESSIONAL PERSON

STATE OF TENNESSEE
COUNTY OF KNOX

PERSONALLY appeared before the undersigned authority, Kenny Phillips, partner in Powell Auction & Realty Company, with whom I am personally acquainted or whose identity was proved to me upon satisfactory evidence, and after being duly sworn in accordance with law, made oath as follows:

1. Powell Auction & Realty Company is a duly licensed Auctioneer Company for the State of Tennessee.

2. Affiant has reviewed the work required on behalf of the above bankruptcy estate for the sale of assets and Powell Auction Company is well qualified to perform the services.

3. Affiant and the members of his firm are familiar with the requirements of 11 U.S.C. §101(14) that they be disinterested persons, and affiant and the members of his firm do not hold or represent any interest adverse to the estate as defined therein.

4. More than one sale may be required. The expense budget below only applies to the initial contemplated sale.

5. Powell Auction & Realty Company is willing to remove the personal property to be sold, store it and sell the items at auction for the commissions and expenses as follows:

   a. 10% buyers premium commission
   b. Actual expenses, not to exceed $1,500.

POWELL AUCTION & REALTY COMPANY

BY: *Kenny Phillips*
KENNY PHILLIPS

Sworn to and subscribed before me this the 21st day of April, 2016 at office in Knoxville, Tennessee.

*Stephena Kitts*
Notary Public     My Commission Expires: 4-2-17