# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

In re:                                    )
                                          )        Case No. 15-33350-SHB
        Timothy Duncan Sykes              )
                                          )        Chapter 7
        Debtor.                           )
                                          )

## CERTIFICATE OF SERVICE
_____

I hereby certify that a true and correct copy of the foregoing Amended Statement of Financial Affairs  (Official Form 107) has been served upon the following parties by first class mail postage prepaid, by e-mail, or via the Bankruptcy Court's ECF system as indicated.

U.S. Trustee (Via ECF)

Michael H. Fitzpatrick, Chapter 7 Trustee (Via ECF)

Date: April 21, 2016

/s/ Patrick C. Woodside, Jr.
Patrick C. Woodside, Jr. (025772)
Woodside Law & Consulting
187 Highland Trace
Sharps Chapel, TN 37866
(865) 748-0520